**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, et al.<br><br>       Plaintiff(s),<br><br>   vs.<br><br>FORTEX CONSTRUCTION, INC., et al.,<br><br>       Defendant(s). | CASE NO. CV 15-00858-RGK (ASx)<br><br>**ORDER REMOVING MATTER FROM COURT'S ACTIVE CASELOAD** |

In light of the June 19, 2015 Chapter 7 Bankruptcy filed by defendant RAUL RUDY FLORES, and the dismissal of all other defendants in this action, the Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of the bankruptcy proceedings and/or further order of this Court. Counsel are to properly motion this Court should they desire this matter placed back on active status.

**IT IS SO ORDERED.**

DATED: July 16, 2015

_____
**R. GARY KLAUSNER**
**UNITED STATES DISTRICT JUDGE**